So Ordered on 4/28/2025:

*William J. Martini, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALFONSO HARRELL

        Plaintiff,

Case No: 2:24-cv-07982-WJM-CLW

Judge William J. Martini
Magistrate Judge Cathy L. Waldor

-against-

YUDIN'S, INC.,

        Defendant(s).

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT YUDIN'S, INC.

Plaintiff Veronica Gaspa ("Plaintiff"), by counsel, and Defendant Yudin's, Inc. ("Yudin's"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Yudin's should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: April 22, 2025

| /s/ Uri Horowitz | /s/ Louis J. De Mille, Jr. (with consent) |
|---|---|
| Uri Horowitz, Esq. | Louis J. De Mille, Jr., Esq. |
| Horowitz Law, PLLC | Vilacha & DeMille |
| 14441 70th Road | 200 Clocktower Drive, Suite 101 |
| Flushing, NY 11367 | Hamilton, NJ 08690 |
| Telephone: (718) 705-8706 | Telephone: (609) 890-4617 |
| uri@horowitzlawpllc.com | louis.demille@selective.com |
| *Counsel for Alfonso Harrell* | *Counsel for Defendant Yudin's, Inc.* |